AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U S C app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Whittemore, James D. | 2. Court or Organization USDC - MDFL - Tampa | 3. Date of Report 05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U.S District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6 Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 801 N Florida Ave Suite 13B Tampa, Florida 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Co-Trustee | Trust #1 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1  2009 | State of Florida - Retirement | $17,764 00 |
| 2 | | |
| 3 | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE |
|---|---|
| 1  2009 | ░░░░ ░░ |
| 2. | |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements )*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☑ NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | Equitable Life | Loan against cash value of life insurance policy | K |
| 2 | American Express (Optima) | Credit Card | K |
| 3 | Chase | Credit Card | J |
| 4 | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Amgen, Inc Common Stock (IRA) | | None | K | T | | | | | |
| 2 Cisco Systems, Inc Common Stock (IRA) | | None | J | T | | | | | |
| 3 Cisco Systems, Inc Common Stock (IRA) | | None | J | T | | | | | |
| 4 Time Warner, Inc. Common Stock (IRA) | A | Dividend | J | I | | | | | |
| 5 Bank Sweep Deposit (Mny Mkt)(Wachovia Sec) | A | Interest | J | T | | | | | |
| 6. Nektar Therapeutics Common Stock (IRA) | | None | J | T | | | | | |
| 7 Microsoft Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 8. Intel Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 9 AmerisourceBergen (Common Stock) | A | Dividend | J | T | | | | | |
| 10 Bank Sweep Deposit (Mny Mkt)(Wachovia Sec) | A | Interest | J | T | | | | | |
| 11. CIGNA Corporation 401K | | None | M | T | | | | | |
| 12 CIGNA Corporation Pension Plan | C | Interest | L | T | | | | | |
| 13 Trust # 1 | D | Rent | M | V | | | | | |
| 14 --Condo #1 (Hillsborough County, Florida) | | | | | | | | | |
| 15 --Condo #2 (Hillsborough County, Florida) | | | | | | | | | |
| 16 ▨ 401K - ▨ 401K Plan | A | Int./Div | K | I | | | | | |
| 17 Wachovia Bank Accts | A | Interest | J | T | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 = More than $50,000,000
3 Value Method Codes    Q = Appraisal    R =Cost (Real Estate Only)    S = Assessment    T =Cash Market
(See Column C2)    U =Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 | Bay Gulf Credit Union Accts. | A | Interest | J | T | | | | | |
| 19 | (X) Bank of America Acct | | None | L | T | | | | | |
| 20 | Trust #2 | E | Rent | | | Distributed | 12/04/09 | O | | |
| 21 | --Wachovia Bank Acct (Y) | | | | | | | | | |
| 22. | --Rental Property #1 (Bay County, Florida)(Y) | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C - $2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
| (See Columns B1 and D4) | F - $50,001 $100,000 | G =$100,001 - $1,000 000 | H1 =$1 000,001 - $5 000 000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K - $15,001 - $50,000 | L -$50,001 - $100 000 | M =$100 001 $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500 001 - $1,000 000 | P1 -$1 000,001 - $5 000 000 | P2 =$5 000,001 - $25 000 000 | |
| | P3 =$25 000 001 - $50,000 000 | | P4 -More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1   Part VII - Investments and Trusts - Line 13; Trust #1 - Value based on County Property Appraiser 2009 Assessment and comparable sales of nearby properties

2   Part VII - Investments and Trusts - Line 20; Trust #2 - Trust #2 was dissolved and all assets distributed/closed in December 2009

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E
Washington, D.C. 20544